IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MICHAEL PAUL NELSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:23-cv-488 |
| ) | |
| ROCKINGHAM COUNTY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and on February 20, 2024, was served on the parties in this action. (ECF Nos. 32, 33.) No objections were filed within the time prescribed by § 636.

The Court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that moving Defendants' Motion to Dismiss, (ECF No. 25), is **GRANTED IN PART** and that the ADA and Rehabilitation Act claims against Defendants Town of Madison, Keith Benefield, and Matthew Michael are **DISMISSED**, and that the case is **STAYED** pending resolution of Plaintiff's criminal trial in state superior court. Plaintiff is directed to file a Status Report within 30 days of the conclusion of the proceedings in state superior court.

This, the 8th day of March 2024.

/s/ Loretta C. Biggs
United States District Judge